**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 04-1715**

───────────────

ASEGEDECH MESFIN ADOYE,

                                        Petitioner,

        versus

ALBERTO R. GONZALES, Attorney General,

                                        Respondent.

───────────────

On Petition for Review of an Order of the Board of Immigration
Appeals. (A95-230-108)

───────────────

Submitted:  January 26, 2005        Decided:  February 16, 2005

───────────────

Before WILKINSON, NIEMEYER, and LUTTIG, Circuit Judges.

───────────────

Petition denied by unpublished per curiam opinion.

───────────────

Aragaw Mehari, Washington, D.C., for Petitioner.  Peter D. Keisler,
Assistant Attorney General, Terri J. Scadron, Assistant Director,
William C. Erb, Jr., Office of Immigration Litigation, UNITED
STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Asegedech Mesfin Adoye, a native and citizen of Ethiopia, petitions for review of an order of the Board of Immigration Appeals ("Board") dismissing her appeal from the immigration judge's denial of her application for asylum, withholding of removal, and protection under the Convention Against Torture.

A determination that an alien is not eligible for asylum must be upheld unless that determination is "manifestly contrary to law." 8 U.S.C. § 1252(b)(4)(C) (2000). We will reverse only "if 'the evidence presented was so compelling that no reasonable factfinder could fail to find the requisite fear of persecution.'" Rusu v. INS, 296 F.3d 316, 325 n.14 (4th Cir. 2002) (quoting Huaman-Cornelio v. BIA, 979 F.2d 995, 999 (4th Cir. 1992) (internal quotation marks omitted)). We have reviewed the evidence of record and conclude Adoye fails to show that the evidence compels a contrary result. Accordingly, we cannot grant the relief Adoye seeks.[*]

Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

---

[*]Adoye does not challenge the denial of withholding from removal or withholding under the Convention Against Torture.

- 2 -